**CALLWAVE COMMUNICATIONS LLC, Plaintiff-Appellant**

v.

**AT & T MOBILITY LLC, Google Inc., Verizon Services Corp., Cellco Partnership, DBA Verizon Wireless, T-Mobile USA, Inc., Defendants-Appellees**

**Blackberry Limited, Blackberry Corporation, Defendants**

**2016-1684, 2016-1685, 2016-1686, 2016-1687, 2016-1688**

United States Court of Appeals, Federal Circuit.

January 10, 2017

GREGORY SCOTT BISHOP, Pepper Hamilton LLP, Redwood City, CA, argued for plaintiff-appellant. Also represented by CHARLES FOSTER KOCH; WILLIAM D. BELANGER, LEINWEIH ANDREW TSENG, Boston, MA.

DAN L. BAGATELL, Perkins Coie LLP, Hanover, NH, argued for all defendants-appellees. Defendants-appellees Google Inc., T-Mobile USA, Inc., also represented by RAMSEY M. AL-SALAM, Seattle, WA; VICTORIA Q. SMITH, Palo Alto, CA.

JOSEPH P. ZAMMIT, Norton Rose Fulbright US LLP, New York, NY, for defendant-appellee AT & T Mobility LLC. Also represented by JONATHAN S. FRANKLIN, Washington, DC; DANIEL LEVENTHAL, BRETT ASHLEY MCKEAN, Houston, TX.

KEVIN PAUL ANDERSON, Wiley Rein, LLP, Washington, DC, for defendants-appellees Verizon Services Corp., Cellco Partnership, dba Verizon Wireless. Also represented by KARIN A. HESSLER, ROBERT JAMES SCHEFFEL.

## JUDGMENT

Per Curiam (O'Malley, Bryson, and Reyna, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**